# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 23, 2008

Clifford W. Taylor,
Chief Justice

135343

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                   SC: 135343
                                   COA: 279086
                                   Berrien CC: 2005-404198-FC

LEON JOHNSON,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the November 7, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      KELLY, J., would hold this case in abeyance for *Melendez-Diaz v Massachusetts*, cert gtd __ US __; 76 USLW 3496; 2008 US LEXIS 2537 (March 17, 2008).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2008

_____
Clerk

p0416